## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| TRANSATLANTICA COMMODITIES PTE LTD. | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CAUSE NO. 4:22-cv-01983 |
| | § | IN ADMIRALTY |
| HANWIN SHIPPING LIMITED AND AMERICAN | § | |
| SHIPPING AND CHARTERING CORP | § | |
| Defendant. | § | |

### PROOF OF SERVICE

"The following was received by me on **June 25, 2022, 11:03 AM,**

PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT
VERIFIED COMPLAINT WITH REQUEST FOR ISSUE OF WRIT OF MARITIME ATTACHMENT AND GARNISHMENT
ORDER GRANTING MOTION FOR ISSUE OF WRIT OF MARITIME ATTACHMENT AND GARNISHMENT
ORDER
COVER LETTER
PLAINTIFFS' INTERROGATORIES TO GARNISHEE AMERICAN SHIPPING AND CHARTERING CORP.,

and was executed at **430 SOUTHCHESTER LN, HOUSTON, TX 77079** within the county of HARRIS at 4:43 PM on **June 27, 2022,** by delivering a true copy to the within named

AMERICAN SHIPPING AND CHARTERING CORP
BY AND THROUGH RENE BLECKWEHL

in person, having first endorsed the date of delivery on same.

I am over the age of eighteen, not a party to this case, nor am I related to, employed by, or otherwise connected to any party or any party's attorney in this case; and I have no interest in the outcome of the above numbered suit and within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents therein. I am of sound mind and have never been convicted of a felony or misdemeanor involving moral turpitude. I have personal knowledge of the facts stated herein and they are true and correct."

I declare under penalty of perjury that the foregoing is true and correct.

Pauline Kesman, Process Server
VeriServe Solutions, Inc.
11200 Broadway St., Suite 2743 Pearland, TX 77584
(713) 936-0800

7280040