United States District Court
Southern District of Texas
**ENTERED**
August 08, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TRANSLANTICA COMMODITIES PTE LTD | § § | |
| vs | § § § | CIVIL ACTION NO. H: 22-1983 |
| HANWIN SHIPPING LIMITED, *et al* | § | |

## ORDER OF REFERRAL TO MAGISTRATE JUDGE

The Court has determined that this case is appropriate for referral to Magistrate Judge Sam S. Sheldon to conduct all further proceedings, including the issuance of a Memorandum and Recommendation on any dispositive motions of the parties. It is therefore

**ORDERED** that this case is **TRANSFERRED** to United States Magistrate Sam S. Sheldon for all pretrial matters to include the issuance of a Memorandum and Recommendation on any dispositive motions.

SIGNED at Houston, Texas, this ____5____ day of August 2022.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE