# CHAMBERLAIN, HRDLICKA, WHITE, WILLIAMS & AUGHTRY, P.C.

**F. DANIEL KNIGHT**
**SHAREHOLDER**
DIRECT DIAL NO.(713) 658-2571
E-MAIL: daniel.knight@chamberlainlaw.com

1200 SMITH STREET, SUITE 1400
**HOUSTON, TEXAS  77002-4496**
(713) 658-1818 ✦ (800) 342-5829
(713) 658-2553 (FAX)
chwwa@chamberlainlaw.com

HOUSTON
ATLANTA
PHILADELPHIA
SAN ANTONIO

September 15, 2022

***Via CM/ECF Filing***
US Magistrate Judge Sam S. Sheldon
United States District Clerk's Office
United States Courthouse
515 Rusk Street, 7th Floor Room 7019
Houston, TX  77002

RE:     No. 22-cv-01983; *Transatlantica Commodities v. Hanwin Shipping*; In the United States
         District Court for the Southern District of Texas

Dear Judge Sheldon:

At the conclusion of the September 9, 2022, Evidentiary Hearing, the Court asked the undersigned to order a copy of the transcript, and notify the Court of when the transcript would be ready.

Following these instructions, we advise the transcript for the Evidentiary Hearing will be ready on Friday, September 16, 2022.  The Court indicated it wished to hold a short status conference by Zoom to establish briefing deadlines.

I conferred with counsel for Hanwin and Transatlantica.  Someone from each of the parties is available on Monday, September 19 and the morning of Tuesday, September 20 for such a status conference.

Please call me if you have any questions or concerns.

Respectfully submitted,

F. Daniel Knight
Federal Bar No. 37334

FDK:kjc
cc:     *All Counsel of Record*          *(Via CM/ECF)*

30346643.v1