IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| Transatlantica Commodities Pte Ltd., | * | |
|    Plaintiff, | * | Civil Action No.: 22-2454-EEF-JVM |
| | | Consolidated with: 22-2724 |
| v. | * | |
| | | IN ADMIRALTY |
| Hanwin Shipping Limited, | * | |
|    Defendant, *in personam* | * | |
| and | * | |
| Coastal Cargo Company, L.L.C., et al, | * | |
|    Garnishees. | * | |

\* \* \* \* \* \* \* \* \* \* \*

## **ORDER**

Pending before the Court is Plaintiff Transatlantica Commodities Pte Ltd.'s *ex parte* Motion to Dismiss Hanwin's Counterclaim. R. Doc. 49.

Upon this Court's granting of Hanwin's counsel's motion to withdraw, R. Doc. 46, Hanwin is no longer represented by counsel. Myriad case law exists holding that a corporation as a fictional legal person can only be represented by licensed counsel. Without legal counsel representation, Hanwin cannot further prosecute its counterclaim against Transatlantica. Transatlantica failed to respond to the Court's order to show cause why its counter claim should not be dismissed on this ground. Therefore, **IT IS ORDERED** that Hanwin's counterclaim for breach of contract, R. Doc. 22. is dismissed. **IT IS FURTHER ORDERED** that the counter-security in the amount of $400,000.00 deposited by Transatlantica to lead counsel's Client Trust Account on August 10, 2022, R. Doc. 28, shall be released to Transatlantica.

New Orleans, Louisiana, this 19th day of April, 2023.

                                                              _____
                                                              United States District Judge

**Exhibit B**