IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Transatlantica Commodities Pte Ltd., | * | |
| Plaintiff, | * | Civil Action No.: 22-cv-1983 |
| v. | * | IN ADMIRALTY |
| Hanwin Shipping Limited, | * | |
| Defendant and | * | |
| American Shipping and Chartering Corp., | * | |
| Garnishee. | * | |

\* \* \* \* \* \* \* \* \* \*

## ORDER

Pending before the Court is Plaintiff Transatlantica Commodities Pte Ltd.'s Motion to Dismiss Hanwin's Counterclaim.  On considering the motion and any opposition and argument thereto, this Court **GRANTS** the motion, and:

**ORDERS** that Hanwin's counterclaim for breach of contract [Dkt. No. 18] is dismissed and further

**ORDERS** that the counter-security in the amount of $979,893.63 posted by Transatlantica on March 31, 2023 [Dkt. No. 76] and all accrued interest shall be released to Transatlantica.

**SIGNED** in Houston, Texas on _____ , 2023.

_____
ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE