United States District Court
Southern District of Texas
**ENTERED**
November 17, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| TRANSLANTICA COMMODITIES PTE LTD § § | |
| vs § § | CIVIL ACTION NO. H: 22-1983 |
| HANWIN SHIPPING LIMITED, *et al* § | |

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATION

Pending before the Court are Plaintiff's Motion to Dismiss Hanwin Shipping Limited's Counterclaim and for return of countersecurity (Doc. No. 80); Garnishee American Shipping and Chartering Corp. opposes this motion (Doc. No. 81); and Magistrate Judge Sheldon's Memorandum and Recommendation (Doc. No. 88). The parties did not file objections to the Memorandum and Recommendation and the time for doing so has passed.

Upon review, the Court agrees with the Magistrate Judge's conclusion that Defendant Hanwin Shipping remains unrepresented by counsel, has made no indication that it has retained counsel to represent them in this matter or otherwise communicated with the Court. Accordingly, it is hereby

**ORDERED** that the Memorandum and Recommendation (Doc. No. 88) is **ADOPTED** and Transatlantica Commodities PTE LTD's Motion to Dismiss (Doc. No. 81) is **GRANTED**. It is further

**ORDERED** that the funds in the amount of $979,893.63, plus any accrued interest, held in the Registry of the Court shall be returned to Transatlantica Commodities PTE LTD.

SIGNED this 16th day of November 2023.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE



2