United States District Court
Southern District of Texas
**ENTERED**
October 21, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TRANSLANTICA COMMODITIES PTE LTD | § | |
| | § | |
| vs | § | CIVIL ACTION NO. H: 22-1983 |
| | § | |
| HANWIN SHIPPING LIMITED, *et al* | § | |

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATION

Pending before the Court is Cooper/Ports America, LLC's Motion to Intervene (Doc. No. 89) and Magistrate Judge Bennett's Memorandum and Recommendation (Doc. No. 100). Cooper/Ports America, LLC has filed Objections (Doc. No. 101) to the Judge Bennett's Memorandum and Recommendation.

The Court has carefully reviewed, *de novo*, the filings, the applicable law, the Magistrate Judge's Memorandum and Recommendation, and the objections thereto, and agrees with the Magistrate Judge's conclusions. Accordingly, it is hereby

**ORDERED** that the Objections (Doc. No. 101) are **OVERRULED** and the Memorandum and Recommendation (Doc. No. 100) is **ADOPTED**. It is further

**ORDERED** that Cooper/Ports America, LLC's Motion to Intervene (Doc. No. 89) is **DENIED**.

SIGNED at Houston, Texas, this 18th day of October 2024.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE